*Marion B. Knight, Philip D. Beall, Waller & Meginniss,* for Relators.
*Fred H. Kent,* for Respondent.

Lenore Cross, Appellant, v. Thurley C. Cross, Appellee.

*W. B. Dickenson,* for the Motion.

Lucile Colclough Cairns, individually and as Administratrix of the Estate of Olive C. Colclough, deceased, Appellant, v. D. W. Turner, *et al.,* Appellees.

*J. C. Adkins* and *W. E. Arnow,* for Appellant.
*Baxter & Clayton,* for Appellees.

W. J. Simpson, *et al.,* Appellants, v. M. G. McNair, as Receiver, Etc., Appellee.

*J. J. Canon,* for Appellants.
*Julian C. Calhoun,* for Appellee.

Henry C. Cross, Plaintiff in Error, v. Carter Armstrong, Defendant in Error.